UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>VEUN SOEUN d/b/a PINOY ASIAN MARKET,<br><br>    Defendant. | Case No. 2:23-cv-01070-JDP<br><br>**ORDER TO SHOW CAUSE** |

    The court previously issued an order setting an initial scheduling conference for February 1, 2024, and directing the parties to file status reports by no later than January 18, 2024. ECF No. 7. To date, neither party has filed a status report.

    To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. Failure to comply with the court's Local Rules or court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110; *see also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). The court may impose sanctions, including dismissing a case or entering a party's default, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P.

41(b) & 55; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

The court will give both parties the opportunity to explain why sanctions should not be imposed for their failure to file a status report. The parties' failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action either be dismissed, or defendant's default be entered. Both parties must file a status report as required by the court's December 22, 2023 order by February 2, 2024.[1]

Accordingly, it is hereby ORDERED that:

1. The initial scheduling conference currently set for February 1, 2024, is continued to March 7, 2024.

2. By no later than February 22, 2024, both parties shall file a status report in accordance with the court's December 22, 2023 order. *See* ECF No. 7.

3. Both parties shall show cause, by no later than February 22, 2024, why sanctions should not be imposed for failure to comply with the court's December 22, 2023 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and for failure to comply with court orders or a recommendation that defendant's default be entered.

IT IS SO ORDERED.

Dated:   January 30, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties also failed to file the Consent to Assignment or Request for Reassignment forms within seven days of the December 22, 2023 order. ECF No. 7. The parties shall file their forms by February 8, 2024.

2